1  Joseph Cho (SBN 198844)
2  Ronald H. Bae (SBN 186826)
   Autumn E. Love (SBN 274209)
3  **AEQUITAS LAW GROUP**
4  500 S. Grand Avenue, Suite 1310
   Los Angeles, California 90071
5  Telephone:  (213) 223-7144
6  Facsimile:   (213) 223-7098

7  Attorneys for Plaintiff LUIS NOVOA

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11
12  LUIS NOVOA, individually, and on          **Case No.**: 1:13-cv-01302-AWI-BAM
    behalf of other members of the general
13  public similarly situated,

14
15                                            **ORDER FOR PLAINTIFF TO FILE
                Plaintiff,                    THE FIRST AMENDED
16                                            COMPLAINT**

17
          vs.
18

19
20  CHARTER COMMUNICATIONS,
21  LLC, a Delaware limited liability
    company; and DOES 1 through 100,
22  inclusive,

23                                            [Complaint filed:  July 5, 2013]
24              Defendants.

25
26
27
28
                                        -1-
       **JOINT STIPULATION AND ORDER FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

# **ORDER**

Good cause having been shown, based upon the parties' signed Joint Stipulation filed October 29, 2013 (Dkt. No. 9), and based on the records in the above-captioned action, this Court hereby orders as follows:

    1.    Plaintiff's request for leave to file a First Amended Complaint is GRANTED.

    2.    On or before November 1, 2013, Plaintiff shall file his First Amended Complaint, attached as Exhibit 2 to the Stipulation, as a separate entry in the docket for purposes of clarifying the record;

    3.    On or before November 1, 2013, Defendant shall file its answer, previously filed in state court, as a separate entry in the docket for purposes of clarifying the record.

IT IS SO ORDERED.

Dated: **October 30, 2013**            /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE