Joseph Cho (SBN 198844)
Ronald H. Bae (SBN 186826)
Autumn E. Love (SBN 274209)
**AEQUITAS LAW GROUP**
500 S. Grand Avenue, Suite 1310
Los Angeles, California 90071
Telephone:   (213) 223-7144
Facsimile:   (213) 223-7098

Attorneys for Plaintiff LUIS NOVOA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS NOVOA, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | **Case No.**: 1:13-cv-01302-AWI-BAM <br><br> **ORDER FOR PLAINTIFF TO FILE THE FIRST AMENDED COMPLAINT** <br><br> [Complaint filed:  July 5, 2013] |

# **ORDER**

Good cause having been shown, based upon the parties' signed Joint Stipulation filed October 29, 2013 (Dkt. No. 9), and based on the records in the above-captioned action, this Court hereby orders as follows:

1. Plaintiff's request for leave to file a First Amended Complaint is GRANTED.

2. On or before November 1, 2013, Plaintiff shall file his First Amended Complaint, attached as Exhibit 2 to the Stipulation, as a separate entry in the docket for purposes of clarifying the record;

3. On or before November 1, 2013, Defendant shall file its answer, previously filed in state court, as a separate entry in the docket for purposes of clarifying the record.

IT IS SO ORDERED.

Dated: **October 30, 2013**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE