1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11   LUIS NOVOA, individually, and on           Case No. 1:13-cv-01302-AWI-BAM
     behalf of other members of the general
12   public similarly situated,

13              Plaintiff,                       **ORDER CONTINUING
                                                 DEADLINES RELATED TO
14         v.                                    CLASS CERTIFICATION**

15   CHARTER COMMUNICATIONS,
     LLC, a Delaware limited liability           Complaint Filed:  July 5, 2013
16   company; and DOES 1 through 100,            FAC Filed:        October 31, 2013
     inclusive,

17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

                                         -1-         Case No. 1:13-cv-01302-AWI-BAM

1

## **ORDER**

2       Pursuant to the Joint Stipulation filed by the Parties on May 27, 2014, and

3   good cause appearing, the Court enters the following **ORDER:**

4       1.      The current date to file and serve class certification motions of August

5   18, 2014, is continued to November 17, 2014.

6       2.      The current date to file and serve oppositions to class certification

7   motions of October 3, 2014, is continued to January 6, 2015.

8       3.      The current date to file and serve reply briefs to class certification

9   motions of December 5, 2014, is continued to March 6, 2015.

10      4.      The current hearing date of December 19, 2014 for the Parties' class

11  certification motions, is continued to March 20, 2015, at 9:00 a.m.

12

13  IT IS SO ORDERED.

14      Dated:   **May 29, 2014**              /s/ *Barbara A. McAuliffe*        _

15                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                                    Case No. 1:13-cv-01302-AWI-BAM