# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

LUIS NOVOA, individually, and on behalf of other members of the general public similarly situated,

    Plaintiffs,

  v.

CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,

    Defendants.
_____/

1:13-cv-01302-AWI-BAM

**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION**

On May 20, 2014, Defendant Charter Communications, LLC filed a motion to for partial summary judgment pursuant to Federal Rule of Civil Procedure 56(a). The motion is set for hearing on June 30, 2014. On June 16, 2014, Plaintiff Luis Novoa filed an opposition. Defendants filed their reply on June 23, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of June 30, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  June 25, 2014                                    _____
                                                            SENIOR  DISTRICT  JUDGE

1