UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS NOVOA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 1:13-cv-01302-AWI-BAM<br><br>Assigned to: Hon. Anthony W. Ishii<br><br>**ORDER CONTINUING DEADLINES RELATED TO CLASS CERTIFICATION**<br><br>Complaint Filed: July 5, 2013<br>FAC Filed:       October 31, 2013 |

Pursuant to the Joint Stipulation filed by the Parties on August 22, 2014, and good cause appearing, the Court enters the following **ORDER:**

1. The current date to file and serve class certification motions of November 17, 2014, is continued to February 16, 2015.

2. The current date to file and serve oppositions to class certification motions of January 6, 2015, is continued to April 7, 2015.

3. The current date to file and serve reply briefs to class certification motions of March 6, 2015, is continued to June 5, 2015.

4. The current hearing date of March 20, 2015 for the Parties' class certification motions, is continued to June 19, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 25, 2014**          /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE

SMRH:424159211.2                    -1-          Case No. 1:13-cv-01302-AWI-BAM
                                                      ORDER CONTINUING
                                                      DEADLINES RELATED TO CLASS CERTIFICATION