# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS NOVOA, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. 1:13-cv-01302-AWI-BAM<br><br>Assigned to: Hon. Anthony W. Ishii<br><br>**ORDER CONTINUING DEADLINES RELATED TO CLASS CERTIFICATION**<br><br>Complaint Filed:　　July 5, 2013<br>FAC Filed:　　　　　October 31, 2013<br><br>New Hearing Date:　September 18, 2015 |

## **ORDER**

Pursuant to the Joint Stipulation filed by the Parties on November 18, 2014, and good cause appearing, the Court enters the following **ORDER:**

1. The current date to file and serve class certification motions of February 16, 2015, is continued to May 19, 2015.

2. The current date to file and serve oppositions to class certification motions of April 7, 2015, is continued to July 6, 2015.

3. The current date to file and serve reply briefs to class certification motions of June 5, 2015, is continued to September 3, 2015.

4. The current hearing date of June 19, 2015 for the Parties' class certification motions, is continued to September 18, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 19, 2014**                /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE