1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| LUIS NOVOA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 1:13-cv-01302-AWI-BAM<br><br>Assigned to: Hon. Anthony W. Ishii<br><br>**ORDER CONTINUING DEADLINES RELATED TO CLASS CERTIFICATION**<br><br>Complaint Filed: July 5, 2013<br>FAC Filed:         October 31, 2013 |

**ORDER**

Pursuant to the Joint Stipulation filed by the Parties on January 30, 2015, and good cause appearing, the Court enters the following **ORDER:**

1. The current date to file and serve class certification motions of May 19, 2015, is continued to August 19, 2015.

2. The current date to file and serve oppositions to class certification motions of July 6, 2015, is continued to October 6, 2015.

3. The current date to file and serve reply briefs to class certification motions of September 3, 2015, is continued to December 3, 2015.

4. The current hearing date of September 17, 2015 for the Parties' class certification motions, is continued to December 18, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:   February 2, 2015                     /s/ Barbara A. McAuliffe
                                              **UNITED STATES MAGISTRATE JUDGE**