1 | David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel.: (619) 399-3995
Fax: (619) 615-2067

[Additional counsel list on next page]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS NOVOA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 1:13-cv-01302-AWI-BAM<br><u>CLASS ACTION</u><br><br>Hon. Anthony W. Ishii<br>Hon. Barbara A. McAuliffe<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>Action Filed:    07/05/2013<br>Action Removed: 08/16/2013<br>Trial Date:     None Set |

Stuart C. Talley (SBN 180374 )
*stalley@kcrlegal.com*
**KERSHAW CUTTER & RATINOFF**
401 Watt Avenue
Sacramento, California 95864
Tel: (916) 448-9800
Fax: (916) 669-4499

Joseph Cho (SBN 129219)
*jcho@aequitaslawgroup.com*
Autumn E. Love (SBN 274209)
*alove@aequitaslawgroup.com*
Ronald H. Bae (SBN 186826)
*rbae@aequitaslawgroup.com*
**AEQUITAS LAW GROUP**
500 S. Grand Avenue, Suite 1310
Los Angeles, California 90071
Tel: (213) 223-7144
Fax: (213) 223-7098

Attorneys for Plaintiff

Thomas Kaufman (SBN 177936)
*TKaufman@sheppardmullin.com*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel: (310) 228-3700
Fax: (310) 228-3942

Attorney for Defendant

# STIPULATION

**WHEREAS**, on July 5, 2013, Plaintiff Luis Novoa ("Plaintiff") filed his Complaint in the Superior Court of California for the County of Stanislaus against Defendant Charter Communications, LLC ("Defendant");

**WHEREAS**, on August 16, 2013, Defendant removed this action to this Court;

**WHEREAS**, the currently operative complaint in this action is First Amended Complaint, filed on October 31, 2013;

**WHEREAS**, Plaintiff seeks to file his Second Amended Complaint which adds Michael Alvarez, Brian Belote-Dinford and Trevor Grant as additional class representatives. A copy of the proposed Second Amended Complaint is attached hereto as **Exhibit A**;

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel of record, that:

1. Plaintiff may file his Second Amended Complaint (attached as **Exhibit A**);
2. Defendant's response to Plaintiff's Second Amended Complaint shall be filed within thirty (30) days after the Second Amended Complaint is filed.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

Dated: June 2, 2015          Respectfully submitted:

                             THE MARKHAM LAW FIRM

                             /s/ David R. Markham
                             Attorney for Plaintiff
                             E-mail: dmarkham@markham-law.com


Dated: June 2, 2015          Respectfully submitted:

                             SHEPPARD MULLIN RICHTER & HAMPTON, LLP

                             /s/ Thomas R. Kaufman
                             Attorney for Defendant
                             E-mail: tkaufman@sheppardmullin.com

I, David R. Markham, attest that I have obtained concurrence from defense counsel regarding the filing of this Stipulation.

                             THE MARKHAM LAW FIRM

                             /s/ David R. Markham
                             Attorney for Plaintiff
                             E-mail: dmarkham@markham-law.com

**ORDER**

Good cause having been shown, based upon the parties' signed Stipulation filed on June 2, 2015, and based on the records in the above-captioned action, the Court hereby orders as follows:

1. Plaintiff may file his Second Amended Complaint no later than June 8, 2015;
2. Defendant's response to Second Amended Complaint shall be due thirty (30) days after the Second Amended Complaint is filed.
3. All dates previously set (Doc. 34) remain in effect.

IT IS SO ORDERED.

Dated:   **June 3, 2015**                         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE