David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel.:  (619) 399-3995
Fax:  (619) 615-2067

[Additional counsel list on next page]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS NOVOA, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant.<br>_____ | CASE NO. 1:13-cv-01302-AWI-BAM<br><u>CLASS ACTION</u><br><br>Hon. Anthony W. Ishii<br>Hon. Barbara A. McAuliffe<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT BY JULY 6, 2015**<br><br>Action Filed:　　07/05/2013<br>Action Removed:　08/16/2013<br>Trial Date:　　　None Set |

Stuart C. Talley (SBN 180374 )
*stalley@kcrlegal.com*
**KERSHAW CUTTER & RATINOFF**
401 Watt Avenue
Sacramento, California 95864
Tel: (916) 448-9800
Fax: (916) 669-4499

Joseph Cho (SBN 129219)
*jcho@aequitaslawgroup.com*
Autumn E. Love (SBN 274209)
*alove@aequitaslawgroup.com*
Ronald H. Bae (SBN 186826)
*rbae@aequitaslawgroup.com*
**AEQUITAS LAW GROUP**
500 S. Grand Avenue, Suite 1310
Los Angeles, California 90071
Tel: (213) 223-7144
Fax: (213) 223-7098

Attorneys for Plaintiff

Thomas Kaufman (SBN 177936)
*TKaufman@sheppardmullin.com*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel: (310) 228-3700
Fax: (310) 228-3942

Attorney for Defendant

# STIPULATION

**WHEREAS**, on June 2, 2013, counsel for Plaintiff Luis Novoa ("Plaintiff") filed a Stipulation between Plaintiff and Defendant Charter Communications, LLC ("Defendant") in which the parties agreed for Plaintiff to file his Second Amended Complaint, which was attached to the Stipulation as Exhibit A. Dkt. No. 39; and

**WHEREAS**, on June 3, 2015, the Court granted the parties' Stipulation and ordered Plaintiff to file his Second Amended Complaint by June 8, 2015. Dkt. No. 40; and

**WHEREAS**, Plaintiff's proposed Second Amended Complaint contains a cause of action under Private Attorney General Act of 2004, ("PAGA"), codified in California Labor Code, section 2698, *et seq.*, which is not ripe until 33 days after Plaintiff gives notice to the Labor and Workforce Development Agency ("LWDA"). Lab. Code, §2699.3(a); and

**WHEREAS**, Plaintiff mailed notice to the LWDA on June 2, 2015. Therefore, under Labor Code section 2699.3(a), Plaintiff may file his Second Amended Complaint containing a cause of action under PAGA no sooner than July 6, 2015.

**NOW THEREFORE IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel of record, that:

1. Plaintiff may file his Second Amended Complaint with the PAGA cause of action by July 6, 2015.
2. Defendant's response to Plaintiff's Second Amended Complaint shall be filed within thirty (30) days after the Second Amended Complaint is filed.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: June 3, 2015                           Respectfully submitted:

                                                   THE MARKHAM LAW FIRM

                                                 /s/ David R. Markham
                                                 Attorney for Plaintiff
                                                 E-mail: dmarkham@markham-law.com

Dated: June 3, 2015                           Respectfully submitted:

                                                 SHEPPARD MULLIN RICHTER &
                                               HAMPTON, LLP

                                               /s/ Thomas R. Kaufman
                                               Attorney for Defendant
                                               E-mail: tkaufman@sheppardmullin.com

I, David R. Markham, attest that I have obtained concurrence from defense counsel regarding the filing of this Stipulation.

                                                 THE MARKHAM LAW FIRM

                                               /s/ David R. Markham
                                               Attorney for Plaintiff
                                               E-mail: dmarkham@markham-law.com

# ORDER

Good cause having been shown, based upon the parties' signed Stipulation filed on June 3, 2015, and based on the records in the above-captioned action, the Court hereby orders as follows:

1. Plaintiff may file his Second Amended Complaint by July 6, 2015;
2. Defendant's response to Second Amended Complaint shall be due thirty (30) days after the Second Amended Complaint is filed.

**IT IS SO ORDERED.**

Dated:   **June 8, 2015**             /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE