1  David R. Markham (SBN 071814)
2  *dmarkham@markham-law.com*
   **THE MARKHAM LAW FIRM**
3  750 B Street, Suite 1950
4  San Diego, California 92101
   Tel.:  (619) 399-3995
5  Fax:  (619) 615-2067

6  [Additional counsel list on next page]

7  Attorneys for Plaintiffs
8

9            **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| LUIS NOVOA, MICHAEL ALVAREZ, BRIAN BELOTE-DINFORD, and TREVOR GRANT, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendant. <br> _____ | CASE NO. 1:13-cv-01302-AWI-BAM <br> <u>CLASS ACTION</u> <br><br> Hon. Anthony W. Ishii <br> Hon. Barbara A. McAuliffe <br><br> **STIPULATION AND ORDER TO VACATE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PENDING MEDIATION** <br><br> Action Filed:   07/05/2013 <br> Action Removed: 08/16/2013 <br> Trial Date:     None Set |

Stuart C. Talley (SBN 180374 )
*stalley@kcrlegal.com*
**KERSHAW CUTTER & RATINOFF**
401 Watt Avenue
Sacramento, California 95864
Tel: (916) 448-9800
Fax: (916) 669-4499

Joseph Cho (SBN 129219)
*jcho@aequitaslawgroup.com*
Autumn E. Love (SBN 274209)
*alove@aequitaslawgroup.com*
Ronald H. Bae (SBN 186826)
*rbae@aequitaslawgroup.com*
**AEQUITAS LAW GROUP**
500 S. Grand Avenue, Suite 1310
Los Angeles, California 90071
Tel: (213) 223-7144
Fax: (213) 223-7098

Attorneys for Plaintiff

Thomas Kaufman (SBN 177936)
*TKaufman@sheppardmullin.com*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Tel: (310) 228-3700
Fax: (310) 228-3942

Attorney for Defendant

# **STIPULATION**

**WHEREAS**, on February 2, 2015, the Court issued an Order setting the following dates for Class Certification:

| | |
|---|---|
| Class Certification Motion Deadline | August 19, 2015 |
| Opposition to Class Certification | October 6, 2015 |
| Reply to Class Certification | December 3, 2015 |
| Class Certification Hearing | December 18, 2015 at 9:00 a.m. |

Dkt. No. 34, p. 2.

**WHEREAS**, Plaintiffs and Defendant (collectively, "the parties") have agreed in principle to mediate this action before David A. Rotman, Esq., of Gregorio Haldeman & Rotman.  The parties are currently working with Mr. Rotman to obtain the earliest practical mediation date, and will report the mediation date to the Court by August 31, 2015.

**WHEREAS**, the parties are exchanging information necessary to mediate, are devoting substantial resources to the mediation and wish to exhaust the possibility of settlement prior to class certification briefing;

**NOW THEREFORE IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendant, by and through their respective counsel of record, that:

1. Class Certification briefing schedule and hearing is VACATED pending Plaintiffs' mediation;
2. The parties will jointly report the mediation date to the Court by August 31, 2015;
3. The parties will provide a joint case status report within 7 days of the conclusion of the mediation to advise the Court whether the settlement was reached;
4. In case the parties' mediation is unsuccessful, in the joint case status report, the parties will provide new proposed dates for Class Certification briefing

and hearing.

**IT IS SO STIPULATED.**

Dated: July 27, 2015                    Respectfully submitted:

                                        THE MARKHAM LAW FIRM

                                        /s/ David R. Markham
                                        Attorney for Plaintiff
                                        E-mail: dmarkham@markham-law.com

Dated: July 27, 2015                    Respectfully submitted:

                                        SHEPPARD MULLIN RICHTER &
                                        HAMPTON, LLP

                                        /s/ Thomas R. Kaufman
                                        Attorney for Defendant
                                        E-mail: tkaufman@sheppardmullin.com

I, David R. Markham, attest that I have obtained concurrence from defense counsel regarding the filing of this Stipulation.

                                        THE MARKHAM LAW FIRM

                                        /s/ David R. Markham
                                        Attorney for Plaintiff
                                        E-mail: dmarkham@markham-law.com

# ORDER

Good cause having been shown, based upon the parties' signed Stipulation filed on July 27, 2015, and based on the records in the above-captioned action, the Court hereby orders as follows:

1. Class Certification briefing schedule and hearing of December 18, 2015 at 9:00 a.m. before Judge McAuliffe is VACATED pending Plaintiffs' mediation;
2. The parties shall jointly report the mediation date to the Court by August 31, 2015;
3. The parties shall provide a joint case status report within 7 days of the conclusion of the mediation to advise the Court whether the settlement was reached;
4. In case the parties' mediation is unsuccessful, in the joint case status report, the parties shall provide new proposed dates for Class Certification briefing and hearing.

**IT IS SO ORDERED.**

Dated: **July 28, 2015**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE