# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS NOVOA, MICHAEL ALVAREZ, BRIAN BELOTE-DINFORD, and TREVOR GRANT, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendant. | Case No.: 1:13-cv-01302-BAM<br>CLASS ACTION<br>Hon. Barbara A. McAuliffe<br><br>Action Filed:   07/05/2013<br>Action Removed:      08/16/2013<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:            February 19, 2016<br>Time:            9:00 a.m.<br>Courtroom:       8<br><br>Trial Date:  None Set |

Having considered the Stipulation of Class Settlement and Release ("Settlement Agreement" or "Settlement") and all of the legal authorities and documents submitted in support thereof, the argument of counsel at the February 19, 2016 hearing on Preliminary Approval of Class Action, and the entire record, and **GOOD CAUSE** appearing, **IT IS HEREBY ORDERED** that the Motion for Preliminary Approval of Class Action Settlement is **GRANTED,** subject to the following findings and orders:

　　1.　　This Order incorporates by reference the definitions in the Settlement Agreement, and all terms defined therein shall have the same meaning as set forth in the Settlement Agreement.

　　2.　　The Settlement Class shall be certified for settlement purposes only and shall consist

1

of all individuals who worked for Charter Communications, LLC in California, who received a paycheck at any time between July 5, 2012 and March 24, 2013 for performing work in the field, including as Broadband Technicians, Broadband Installers, Installation Technicians, Repair Technicians, Service Technicians, System Technicians, Field Auditors, or Quality Assurance Inspectors.

3. The settlement set forth in the Settlement Agreement, entered into among the parties and their counsel, is preliminarily approved as it appears to be proper, to fall within the range of reasonableness, to be the product of arm's-length and informed negotiations, to treat all Settlement Class Members fairly, and to be presumptively valid, subject to any objections that may be raised at the Final Approval hearing.

4. The Court preliminarily approves the Gross Fund Value of $390,000 (inclusive of payments to Class Members, attorneys' fees and costs, settlement administration Costs, and the Class Representative Enhancement Awards).

5. The Court approves, as to form and content, the Notice of Pendency of Class Action (the "Notice"), as revised and filed on March 1, 2016 (Doc. 51).

6. The Court directs the mailing, by First-Class U.S. mail, of the Notice to Class Members in accordance with the schedule set forth below. The Court finds that the method selected for communicating the class action Settlement to Settlement Class Members is the best notice practicable under the circumstances, constitutes due and sufficient notice to all persons entitled to notice, and thereby satisfies due process.

7. The Court appoints David R. Markham of The Markham Law Firm, Stuart C. Talley of Kershaw Cook & Talley, and Joseph Cho of Aequitas Law Group as Class Counsel. The Court finds that Class Counsel have demonstrable experience litigating, certifying, and settling wage and hour class actions, and will serve as adequate counsel for the Settlement Class Members.

8. The Court preliminarily approves and appoints Plaintiffs Luis Novoa, Michael Alvarez, Brian Belote-Dinford, and Trevor Grant as Class Representatives.

9. The Court preliminarily approves and appoints CPT Group, Inc. as the Claims Administrator.

2

*Novoa v. Charter Communications, LLC,* Case No. 13-cv-01302-BAM
Order Granting Preliminary Approval of Class Action Settlement

10. If, for any reason, the Settlement Agreement is not finally approved or does not become effective, this Order Granting Preliminary Approval shall be deemed vacated and shall have no force or effect whatsoever, and the Action shall proceed as if no settlement had been attempted.

11. The following dates shall govern for the purposes of this Settlement.

| Schedule for Execution of Settlement | |
|---|---|
| No more than ten (10) business days after the Court grants Preliminary Approval. | Last day for Defendant to provide Class Data List to Claims Administrator. |
| No more than ten (10) business days after receipt of Class Data List by Claims Administrator | Last day for Claims Administrator to mail and email Notice to Class Members. |
| No more than forty-five (45) days after mailing of Notice | Last day for requests for exclusion, and notice of objection to be submitted to Claims Administrator. |
| May 26, 2016 | Last day for Class Counsel to file Plaintiffs' Motion for Attorneys' Fees and Costs and Class Representatives' Enhancement Awards. |
| May 26, 2016 | Last day for Class Counsel to file Plaintiffs' Motion for Final Approval of Class Action Settlement. |
| June 3, 2016 at 10:00 a.m. | Hearing on Plaintiff's Motion for Final Approval of Class Action Settlement and Plaintiff's Motion for Attorneys' Fees and Costs and Class Representatives' Enhancement Awards. |

IT IS SO ORDERED.

Dated: **March 4, 2016**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

3

*Novoa v. Charter Communications, LLC,* Case No. 13-cv-01302-BAM
Order Granting Preliminary Approval of Class Action Settlement